

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,810-01

**EX PARTE CYNTHIA KAYE WOOD, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1445251-A IN THE 351ST JUDICIAL DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of attempted capital murder and sentenced to life imprisonment. The First Court of Appeals affirmed her conviction. *Wood v. State*, No. 01-16-00179-CR (Tex. App.—Houston [1ˢᵗ Dist.] Sep. 19, 2017). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On December 6, 2021, the trial court entered an order designating issues and the trial court issued findings of fact and conclusions of law on May 4, 2022. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the trial court withdrew its findings and ordered trial counsel to respond to the allegations in Applicant's

writ application. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: June 15, 2022
Do not publish